THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>D & R EXCAVATING, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>               Defendants.<br><br>CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation,<br><br>               Cross-Claimant,<br><br>    v.<br><br>D & R EXCAVATING, INC., a Washington corporation,<br><br>               Cross-Defendant. | No.: 2:22-cv-00137-RAJ<br><br>RULE 41(A) DISMISSAL OF DEFENDANT KING COUNTY |

RULE 41(A) DISMISSAL OF DEFENDANT KING COUNTY
NO.: 2:22-CV-00137--RAJ

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  Plaintiff The Ohio Casualty Insurance Company ("Ohio") hereby gives notice pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., of voluntary dismissal of its claims against Defendant King County without prejudice. Ohio intends to continue this action against all other defendants.

DATED: February 8, 2023

BULLIVANT HOUSER BAILEY PC

By  */s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com
Jared F. Kiess, WSBA #54532
E-mail: jared.kiess@bullivant.com
Daniel Rhim, WSBA #58302
E-mail: daniel.rhim@bullivant.com

Attorneys for Plaintiff The Ohio Casualty Insurance Company

RULE 41(A) DISMISSAL OF DEFENDANT KING COUNTY
NO.: 2:22-CV-00137--RAJ

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Lawrence B. Linville
LINVILLE LAW FIRM, PLLC
800 5th Ave, Ste 3850,
Seattle, WA 98104
LLinville@LinvilleLawFirm.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendants D & R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

Timothy Earl
Yaniv Newman,
SULLIVAN HILL REZ & ENGEL, APLC
600 B Street, 17th Floor
San Diego, CA 92101
earl@sullivanhill.com
newman@sullivanhill.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendant and Cross-Claimant CPM Development Corp. dba Icon Materials*

Jerry Taylor
Senior Deputy Prosecuting Attorney for King County
1191 Second Avenue, Suite 1700
Seattle, WA 98101
jerry.taylor@kingcounty.gov

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendant King County*

Dated: February 8, 2023.

*/s/ Kristin Anderson*
Kristin Anderson, Legal Assistant

RULE 41(A) DISMISSAL OF DEFENDANT KING COUNTY
NO.: 2:22-CV-00137--RAJ

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930