THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | No.: 2:22-cv-00137-JNW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES<br><br>NOTED: AUGUST 24, 2023 |

## I. STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Court Rules 16(b)(6), Plaintiff Ohio Casualty Insurance Company ("Ohio"), Defendant CPM Development Corp. dba ICON Materials ("ICON"), and Defendants D & R Excavation, Inc., Douglas D. Hoffman and Susan K. Hoffman (collectively, "D&R"), by and through their undersigned counsel of record, hereby stipulate to and respectfully seek an order modifying the pretrial statement deadlines in this matter to (1) September 11, 2023 for Ohio, and (2) September 18, 2023 for

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES
NO.: 2:22-cv-00137-JNW

Page 1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

ICON and D&R.

The parties' pretrial statements in this matter are presently due (1) August 28, 2023 for Ohio, and (2) September 5, 2023 for ICON and D&R.  However, the Court has set a hearing on September 6, 2023 at 9:00 am, to hear oral arguments on two pending motions, including ICON's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Dkt. 48) and Ohio's Motion to Stay (Dkt. 41).  ICON's motion seeks a declaratory judgment to determine insurance coverage with respect to a lawsuit filed in state court, captioned *King County v. CPM Dev. Corp.*, King County Superior Court Case No. 19-2-22896-2 SEA (the "Underlying Action").  Ohio's motion seeks a stay of this lawsuit until the Underlying Action is resolved.  The parties have agreed that the Court's rulings on the two pending motions may have a significant impact on the parties' pretrial statements, or, possibly, even render them moot.  Particularly, the parties anticipate that the Court's ruling on ICON's motion will render each party to submit different pretrial statements if they submit them consistent with current deadlines than they would with the permission to submit them after the Court's ruling.  The parties also anticipate that the Court's ruling on either motion may even render the pretrial statements moot.

Accordingly, the parties stipulate and request that the parties' pretrial statements be submitted after the September 6, 2023 hearing—September 11 for Ohio and September 18 for ICON and D&R.  The parties have agreed that the current deadline for the parties to file a joint pretrial order to remain on October 10, 2023.

For the above reasons, the parties respectfully request that the deadlines for the pretrial statements be extended to (1) September 11, 2023 for Ohio, and (2) September 18, 2023 for ICON and D&R.

All other pre-trial deadlines remain the same.

//

//

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES
NO.: 2:22-cv-00137-JNW

Page 2

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

DATED: this 24th day of August, 2023

| BULLIVANT HOUSER BAILEY PC | LINVILLE LAW FIRM, PLLC |

By */s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com
Daniel D. Rhim, WSBA #58302
E-mail: daniel.rhim@bullivant.com

*Attorneys for Plaintiff The Ohio Casualty Insurance Company*

By */s/ Lawrence B. Linville*
Lawrence B. Linville, WSBA #6401
E-mail: LLinville@LinvilleLawFirm.com

*Attorney for Defendants D&R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

SULLIVAN HILL REZ & ENGEL, APLC

By */s/ Yaniv Newman*
Timothy Earl, WSBA #56450
E-mail: earl@sullivanhill.com
Yaniv Newman, WSBA #56467
E-mail: newman@sullivanhill.com

*Attorneys for Defendant and Cross-Claimant CPM Development Corp. dba ICON Materials*

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES
NO.: 2:22-cv-00137-JNW

Page 3

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

## II. ORDER

The Court having considered the foregoing stipulation of the parties, and concluding that good cause exists, it is hereby ORDERED as follows:

The pretrial statements date is continued to September 11, 2023 for Ohio, and September 18, 2023 for ICON and D&R.

DATED this 25th day of August, 2023

_____
Jamal N. Whitehead
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC               LINVILLE LAW FIRM, PLLC

By */s/ Michael A. Guadagno*                By */s/ Lawrence B. Linville*
Michael A. Guadagno, WSBA #34633          Lawrence B. Linville, WSBA #6401
E-mail: michael.guadagno@bullivant.com    E-mail: LLinville@LinvilleLawFirm.com
Daniel D. Rhim, WSBA #58302
E-mail: daniel.rhim@bullivant.com         *Attorney for Defendants D&R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

*Attorneys for Plaintiff The Ohio Casualty Insurance Company*

SULLIVAN HILL REZ & ENGEL, APLC

By */s/ Yaniv Newman*
Timothy Earl, WSBA #56450
E-mail: earl@sullivanhill.com
Yaniv Newman, WSBA #56467
E-mail: newman@sullivanhill.com

*Attorneys for Defendant and Cross-Claimant CPM Development Corp. dba ICON Materials*

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES
NO.: 2:22-cv-00137-JNW

Page 4

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Lawrence B. Linville
LINVILLE LAW FIRM, PLLC
800 5th Ave, Ste 3850,
Seattle, WA 98104
LLinville@LinvilleLawFirm.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendants D & R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

Timothy Earl
Yaniv Newman,
SULLIVAN HILL REZ & ENGEL, APLC
600 B Street, 17th Floor
San Diego, CA 92101
earl@sullivanhill.com
newman@sullivanhill.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendant and Cross-Claimant CPM Development Corp. dba Icon Materials*

Jerry Taylor
Senior Deputy Prosecuting Attorney for King County
1191 Second Avenue, Suite 1700
Seattle, WA 98101
jerry.taylor@kingcounty.gov

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorney for Defendant King County*

Dated: August 25, 2023.

*/s/ Christi Bass*
Christi Bass, Legal Assistant

4877-1802-3802.1

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL STATEMENT DEADLINES
NO.: 2:22-cv-00137-JNW

Page 5

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351