UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　Defendants. | CASE NO. 22-cv-137<br><br>MINUTE ORDER CONVERTING HEARING |

　　　This matter comes before the Court on Plaintiff Ohio Casualty Insurance Company and Defendant CPM Development Corp. dba ICON Materials's stipulated motion to continue the Court's upcoming hearing on September 6, 2023. Dkt. No. 57. They claim that a settlement agreement is near, and that exploring settlement, rather than preparing for oral argument, is a more efficient use of their time. The Court finds good cause to set aside the hearing on the motions, and instead converts the hearing into a status conference. The parties are to attend remotely on September 6, 2023, at 9:00 a.m. The Court will distribute a Zoom link in advance of the hearing.

　　　IT IS SO ORDERED.

MINUTE ORDER CONVERTING HEARING - 1

Dated this 1st day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge

MINUTE ORDER CONVERTING HEARING - 2