THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE OHIO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,

    Defendants.

―――――――――――――――――

CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation,

    Cross-Claimant,

v.

D & R EXCAVATING, INC., a Washington corporation,

    Cross-Defendant.

No.: 2:22-cv-00137-JNW

**NOTICE OF SETTLEMENT**

NOTICE OF SETTLEMENT
NO.: 2:22-CV-00137-JNW

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

TO: ALL PARTIES OF RECORD;

AND TO: THE CLERK OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved and the parties are in the process of preparing a formal settlement agreement. The parties will file a stipulation of dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, following their execution of the formal settlement agreement. Accordingly, the parties request a stay of all case deadlines.

DATED: September 12, 2023

BULLIVANT HOUSER BAILEY PC

By _s/ Michael A. Guadagno_____
    Michael A. Guadagno, WSBA #34633
    michael.guadagno@bullivant.com
    Daniel D. Rhim, WSBA #58302
    daniel.rhim@bullivant.com

*Attorneys for Plaintiff The Ohio Casualty Insurance Company*

SULLIVAN HILL REZ & ENGEL, APLC

By _s/ Timothy Earl_____
    Timothy Earl, WSBA #56450
    earl@sullivanhill.com
    Yaniv Newman, WSBA #56467
    newman@sullivanhill.com

*Attorneys for Defendant and Cross-Claimant CPM Development Corp. dba ICON Materials*

LINVILLE LAW FIRM, PLLC

By _s/ Lawrence B. Linville_____
    Lawrence B. Linville, WSBA #6401
    LLinville@LinvilleLawFirm.com

*Attorney for Defendants D&R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

4854-6796-2751.1

NOTICE OF SETTLEMENT
NO.: 2:22-CV-00137-JNW
PAGE 2
Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930