UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　　Defendants. | CASE NO. 22-cv-137<br><br>ORDER STRIKING MOTIONS AND TRIAL DATE AND FOR JOINT STATUS REPORT |

On September 12, 2023, the parties filed their Notice of Settlement. Dkt. No. 60. Accordingly, the Court strikes the trial date, Plaintiff The Ohio Casualty Insurance Company's Motion to Stay, and Defendant CPM Development Corp. dba ICON Materials's Motion for Summary Judgment. Dkt. Nos. 41, 48. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

It is so ORDERED.

ORDER STRIKING MOTIONS AND TRIAL DATE AND FOR JOINT STATUS REPORT - 1

Dated this 18th day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge