|   |   |   |
|---|---|---|
| | | 
|
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　　Defendants. | CASE NO. 22-cv-137<br><br>ORDER EXTENDING DEADLINE FOR STIPULATED DISMISSAL OR JOINT STATUS REPORT |

This matter comes before the Court on the parties' Joint Status Report. Dkt. No. 62. On September 12, 2023, the parties filed their Notice of Settlement. Dkt. No. 60. On September 18, 2023, the Court ordered the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of

ORDER EXTENDING DEADLINE FOR STIPULATED DISMISSAL OR JOINT STATUS REPORT - 1

its order. Dkt. No. 61. In their Joint Status report, the parties represented that settlement would not be finalized for another 30 days and they requested that the Court extend the deadline in its September 18 order accordingly. Dkt. No. 62.

The Court finds good cause to extend its previous deadline. The parties will file a stipulated dismissal or joint status report within 30 days of entry of this Order.

It is so ORDERED.

Dated this 27th day of September, 2023.

Jamal N. Whitehead
United States District Judge