THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>D & R EXCAVATION, INC., a Washington corporation; DOUGLAS D. HOFFMAN and SUSAN K. HOFFMAN, and the marital community composed thereof; CPM DEVELOPMENT CORP. dba ICON MATERIALS, a Washington corporation; and KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | No.: 2:22-cv-00137-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. **STIPULATION**

COME NOW Plaintiff The Ohio Casualty Insurance Company and Defendants D&R Excavation, Inc., Douglas D. Hoffman, Susan K. Hoffman, and CPM Development Corp. dba ICON Materials, by and through their attorneys of record, hereby agree and stipulate that all claims asserted in the above-entitled matter are dismissed with prejudice and without costs or attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:22-cv-00137-JNW

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930

DATED: this 29th day of November, 2023

| BULLIVANT HOUSER BAILEY PC | LINVILLE LAW FIRM, PLLC |
|---|---|
| By /s/ Michael A. Guadagno<br>Michael A. Guadagno, WSBA #34633<br>E-mail: michael.guadagno@bullivant.com<br>Daniel D. Rhim, WSBA #58302<br>E-mail: daniel.rhim@bullivant.com<br><br>*Attorneys for Plaintiff The Ohio Casualty Insurance Company* | By /s/ Lawrence B. Linville<br>Lawrence B. Linville, WSBA #6401<br>E-mail: LLinville@LinvilleLawFirm.com<br><br>*Attorney for Defendants D&R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann* |

SULLIVAN HILL REZ & ENGEL, APLC

By /s/ Yaniv Newman
Timothy Earl, WSBA #56450
E-mail: earl@sullivanhill.com
Yaniv Newman, WSBA #56467
E-mail: newman@sullivanhill.com

*Attorneys for Defendant and Cross-Claimant CPM Development Corp. dba ICON Materials*

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:22-cv-00137-JNW

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930

## II. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That all claims asserted by the above-captioned Parties in this action is hereby dismissed with prejudice;

2. This order of dismissal is effectuated without an award of fees or costs to any party.

DATED this 15th day of December, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC        LINVILLE LAW FIRM, PLLC

By /s/ Michael A. Guadagno
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com
Daniel D. Rhim, WSBA #58302
E-mail: daniel.rhim@bullivant.com

*Attorneys for Plaintiff The Ohio Casualty Insurance Company*

By /s/ Lawrence B. Linville
Lawrence B. Linville, WSBA #6401
E-mail: LLinville@LinvilleLawFirm.com

*Attorney for Defendants D&R Excavating, Inc., Douglas D. Hoffmann, and Susan K. Hoffmann*

SULLIVAN HILL REZ & ENGEL, APLC

By /s/ Yaniv Newman
Timothy Earl, WSBA #56450
E-mail: earl@sullivanhill.com
Yaniv Newman, WSBA #56467
E-mail: newman@sullivanhill.com

*Attorneys for Defendant and Cross-Claimant CPM Development Corp. dba ICON Materials*

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:22-cv-00137-JNW

Page 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206-292-8930